IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | IN PROCEEDINGS UNDER |
| ) | CHAPTER 7 |
| MEADOWBROOK FARMS COOPERATIVE, ) | |
| ) | BK 09-30688 |
| Debtor. ) | |
| ) | |
| LAURA K. GRANDY, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No.: 09-_____ |
| ) | |
| THE CIT GROUP/BUSINESS CREDIT, INC.; ) | |
| STEARNS BANK, N.A.; ALAN & GLEN KOCH ) | |
| FARMS, INC.; ANDY SHULL, INC.; ) | |
| APPLEWOOD FARMS: LELAND BAHL; ) | |
| JANE BAHL; CHARLES BECKER; JEFFREY ) | |
| BAUMAN; SCOTT BIRKEY; BITTER FARMS, ) | |
| INC.; DANIEL BOSTON; BOYER TRUCKING ) | |
| LIVESTOCK, INC.; BURGENER PORK, INC.; ) | |
| BUSSE FARMS; MICHAEL BUTCHER; MARY ) | |
| JANE BUTCHER; CEDAR RIDGE PRIMARY ) | |
| SPF FARM, INC.; MELVIN COULTER; FOR-C ) | |
| PORK FARM; MAX DAIL; JULIE DAIL; ) | |
| DEAN'S BACON AND BEEF; KEITH DETERS; ) | |
| SANDY DETERS; ERNEST DIENER; ROGER ) | |
| ELLIOTT; FAIRVIEW ACRES INC.; FLOOD ) | |
| BROTHERS; RONALD FLOOD; MARIE ) | |
| FLOOD; KEVIN GANZ; JAMES GOECKNER; ) | |
| CHARLOTTE GOECKNER; JOSHUA ) | |
| GOECKNER; GREAT LAKES PORK, INC.; ) | |
| GREG GEIRTZ; DENNIS GRUBE d/b/a GRUBE ) | |
| FARM; CLIFF HAMMETT; HARTKE SWINE ) | |
| CENTER, INC.; CHRISTOPHER HARTKE; ) | |
| DAVID HELREGEL; JOSEPH HOENE; ) | |
| JEANNE HOENE; PAUL HOENE; MARTHA ) | |
| HOENE; HOG HAVEN, INC.; DENNIS ) | |
| HOLKENBRINK; J AND V PROBST PORK, ) | |
| INC.; JANSSEN FARMS; JOHNSON PORK ) | |
| FARM, INC.; JOHNSON-PATE PORK, INC.; ) | |
| KB AG ENTERPRISES, INC.;KELLOGG ) | |
| FARMS; DENNIS KUNKEN; LEHMANN ) | |
| BROS. FARMS, LLC; LOGEMAN BROS. ) | |

FARM; LOWER FARMS, INC.; ALLEN )
MAGNUS; METZGER FARM, INC.; MILLER )
PORK FARM; LELAND MOFFETT; )
MARIANNA MOFFETT; MARVIN MUELLER; )
CARLYLE MUELLER; RONALD NESS; )
JULIA NESS; DONALD NIEBRUGGE; )
RCM FARMS, LTD.; BRENT REED; )
ROGER DEWERFF FARMS, INC.; WAYNE )
SCHLEUTER; JEFF SCHULTZ; JANET )
SCHULTZ; LARRY SEALS; SEBOLDT )
BROTHERS;  SG SWINE, L.L.C.; SHADY LANE )
FARMS, INC.; SHILOH HILL, LLC; )
STAMBERGER FARMS LTD; ANTHONY )
STRUTNER; STEVEN LEE STURTEVANT; )
PHILLIP SUDKAMP; BETTY SUDKAMP; )
LARRY THOELE; BARB THOELE; WALK )
STOCK FARM, INC.; WILLIAM UHLMAN )
& SONS; WYSS FARMS INC.; JOEL YOUNG; )
SHELLY YOUNG; ARCHER-DANIELS )
MIDLAND COMPANY; and ILLINOIS )
DEPARTMENT OF AGRICULTURE, )
)
       Defendants. )

## COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY AND EXTENT OF LIENS

COMES NOW Laura K. Grandy, Trustee of the Chapter 7 bankruptcy estate of Meadowbrook Farms Cooperative ("Trustee"), by and through her attorneys, Mathis, Marifian, Richter & Grandy, Ltd., and for her Complaint to Determine the Validity, Priority and Extent of Liens, states as follows:

1.     On March 21, 2009 ("Petition Date"), Meadowbrook Farms Cooperative ("Debtor") filed a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Illinois.

2.     Laura K. Grandy is the duly appointed Trustee in this case.

3.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1134 and 157.

4.     This is a "core" proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2

5. The Debtor was a pork processor. In the course of its operations, the Debtor was a meat packer that bought livestock for slaughter within the meaning of the Packers and Stockyards Act (7 U.S.C. 181 *et seq.*)(the "PSA").

6. Pursuant to the PSA, the Debtor was required: (a) to maintain a surety bond to secure its obligations for the purchase of livestock; and (b) to hold meat, inventory, accounts receivable and proceeds in trust for the payment of cash sellers of livestock ("PSA Trust Fund Monies").

7. The Debtor maintained a lockbox depository account at Busey Bank, account no. 21510415 ("Lockbox Account"), which was the depository account for Debtor's accounts receivable and inventory proceeds. As of the Petition Date, the Debtor had on deposit in the Lockbox Account $2,045,050.00.

8. On or about February 5, 2009, the United States Department of Agriculture ("USDA") notified Busey Bank, the Debtor, and The CIT Group/Business Credit, Inc. ("CIT")(the secured lender having an interest in the Lockbox Account) that the USDA claimed that the funds held on deposit in the Lockbox Account were subject to a federal statutory trust arising under the PSA.

9. In response to the February 5, 2009 USDA letter, Busey Bank froze the funds held in the Lockbox Account and filed an interpleader suit in the Circuit Court for the Sixth Judicial Circuit, Champaign, Illinois on March 13, 2009 ("Interpleader Action"). Subsequent to the filing of the Debtor's bankruptcy case, the Interpleader Action was voluntarily dismissed by Busey Bank, who has agreed to turn over the funds in the Lockbox Account to the Trustee.

10. On or about April 30, 2009, the USDA notified the Trustee and other interested persons of PSA trust claims filed by third parties in the amount of $5,385,477.53; the USDA had

determined that claims totaling $1,059,500.18 were apparently valid trust claims ("PSA Trust Claims") and asserted a claim against the Lockbox Account on behalf of the PSA Trust Claims.

11. By the same letter as referenced above, the USDA also notified the Trustee and other interested persons of PSA surety bond claims asserted against the Debtor's PSA bond by the USDA on behalf of third parties totaling $5,548,053.02, of which the USDA determined $5,438,312.71 were apparently valid bond claims ("PSA Bond Claims").

12. The Trustee files this Complaint to determine the validity, priority and extent of liens and all claims against the funds held on deposit in the Lockbox Account. The following creditors may have a claim on the funds held in the Lockbox Account:

a. <u>The CIT Group/Business Credit, Inc</u>: by reason of a financing agreement and other loan documents (including a security agreement) dated November 16, 2007, as amended, and UCC-1 Financing Statement filed November 16, 2007; the security agreement to secure said financing agreement covered the following collateral: "all present and future Accounts, Inventory, and other Goods (other than Equipment), Documents of Title, General Intangibles, Investment Property, and Other Collateral". "Other Collateral" is defined as: "all present and hereafter established lockbox, blocked account and other deposit accounts maintained with any bank or financial institution into which the proceeds of Collateral are or may be deposited".

b. <u>Stearns Bank, N.A.</u>: by reason of a financing agreement and other loan documents (including a security agreement) dated January 31, 2003, as amended, and UCC-1 Financing Statement filed on May 14, 2003; the security agreement to secure said financing agreement covered all of the Debtor's then-existing and after-acquired accounts, deposit accounts, contract rights or rights to the payment of money (among other collateral) and the proceeds thereof.

c. <u>United States Department of Agriculture</u>: by reason of PSA Trust Claims asserted by the USDA on behalf of various livestock growers on April 30, 2009.

d. <u>Notice Claimants under the Packers and Stockyards Act</u>("PSA Notice Claimants"): by reason of PSA Trust Notices filed for the various claimants listed on the attached **Schedule A**, incorporated herein by reference. The USDA has notified the Trustee that the PSA Notice Claimants have potentially valid claims, either in whole or in part. The Trustee has not made any determination regarding the validity of the claims filed by the PSA Notice Claimants.

  e. <u>Notice Claimants under the Packers and Stockyards Act With Invalid Claims ("Invalid PSA Notice Claimants")</u>:  by reason of PSA Trust Notices filed for the various claimants listed on the attached **Schedule B**, incorporated herein by reference. The Trustee believes that the Invalid PSA Notice Claimants do not have valid PSA trust claims, based upon information received from the USDA and/or the Debtor's internal records.

  f. <u>Archer-Daniels Midland Co.:</u> by reason of an alleged security interest in proceeds from livestock sold to the Debtor by Applewood Farms and by S.G. Swine, L.L.C. and/or Greg Giertz.

  g. <u>Illinois Department of Agriculture:</u> by reason of an alleged right to subordination of valid claims against the Debtor's PSA surety bond.

The Trustee has not made any payment to the above-referenced creditors. Upon information and belief, one or more of the above-referenced creditors may have a claim to the funds held in deposit in the Lockbox Account.

  WHEREFORE, the Trustee prays that the Court enter an Order determining the validity, extent and priority of the liens or other interests in property on the funds held in deposit in the Lockbox Account; requiring each of the above-referenced creditors to prove claims against the funds held in the Lockbox Account and produce supporting documentation; directing the distribution of the funds held in deposit in the Lockbox Account; allowing for the payment of the Trustee's attorney's fees and costs incurred in pursuing this Complaint from the PSA Trust Fund Monies; and for such other and further relief that this Court deems just and proper.

Dated:  June 26, 2009    LAURA K. GRANDY, TRUSTEE

           By:  <u>/s/ Laura K. Grandy</u>
             Laura K. Grandy
             Mary E. Lopinot
             Mathis, Marifian, Richter & Grandy, Ltd.
             23 Public Square, Suite 300
             Belleville, IL 62220
             (618) 234-9800
             (618) 234-9786 fax
             lgrandy@mmrg.com
             Attorneys for Laura K. Grandy, Trustee

SCHEDULE A
PACKERS AND STOCKYARDS ACT NOTICE CLAIMANTS

| CLAIMANT | TRUST NOTICE FILING DATE P&S | TRUST NOTICE FILING DATE PACKER |
|---|---|---|
| Applewood & Archer Daniels Midland | 2/10/2009 | 2/11/2009 |
| Flood Brothers | 2/9/2009 | 2/9/2009 |
| Great Lakes Pork | 2/5/2009 | 2/4/2009 |
| Janssen Farms | 2/11/2009 | 2/11/2009 |
| Johnson-Pate Pork, Inc. | 2/5/2009 | 2/4/2009 |
| Dennis Kunken | 2/19/2009 | 2/19/2009 |
| Lehmann Bros. Farms, LLC | 2/5/2009 | 2/6/2009 |
| Logeman Bros. Farm | 2/9/2009 | 2/9/2009 |
| SG Swine (Greg Giertz) & Archer Daniels Midland | 2/9/2009 | 2/10/2009 |

SCHEDULE B
PACKERS AND STOCKYARDS ACT NOTICE CLAIMANTS
USDA IDENTIFIED INVALID CLAIMS

| CLAIMANT | TRUST NOTICE FILING DATE P&S | TRUST NOTICE FILING DATE PACKER |
|---|---|---|
| Alan & Glen Koch Farms | 2/9/2009 | 2/9/2009 |
| Andy Shull, Inc. | 2/9/2009 | 2/9/2009 |
| Charles Becker and Jeffrey Bauman | 2/6/2009 | 2/11/2009 |
| Scott Birkey | 2/12/2009 | 2/13/2009 |
| Bitter Farms | 2/13/2009 | 2/13/2009 |
| Daniel Boston | 2/17/2009 | 2/11/2009 |
| Boyer Trucking Livestock, Inc. | 3/9/2009 | Unknown |
| Burgener Pork | 2/11/2009 | Not filed |
| Busse Farms | 2/18/2009 & 2/19/2009 | 2/17/2009 |
| Michael and Mary Jane Butcher | 2/18/2009 | 2/17/2009 |
| Cedar Ridge Primary SPF Farm | 2/9/2009 | Not filed |
| Melvin Coulter and For-C Pork Farm | 2/9/2009 | 2/10/2009 |
| Max and Julie Dail | 2/20/2009 | 2/24/2009 |
| Dean's Bacon and Beef | 2/11/2009 | 2/17/2009 |
| Ernest Diener | 2/17/2009 | 2/23/2009 |
| Roger Elliott | 2/11/2009 | 2/11/2009 |
| Fairview Acres | 2/11/2009 | 2/11/2009 |
| Ronald and Marie Flood | 2/13/2009 | 2/12/2009 |
| Kevin Ganz | 2/11/2009 | 2/13/2009 |
| James, Charlotte and Joshua Goeckner | 2/18/2009 | 2/11/2009 |
| Grube Farm | 2/11/2009 | 2/11/2009 |
| Hartke Swine Center, Inc. | 2/13/2009 | 2/12/2009 |
| Christopher Hartke | 2/9/2009 | 2/6/2009 |
| David Helregel | 2/9/2009 | 2/12/2009 |
| Joseph and Jeanne Hoene | 2/12/2009 | 2/11/2009 |
| Paul and Martha Hoene | 2/12/2009 | 2/11/2009 |
| Hog Haven, Inc.: | 2/5/2009 | 2/5/2009 |
| Dennis Holkenbrink | 2/9/2009 | Not filed |
| Johnson Pork Farm, Inc. | 2/9/2009 | 2/9/2009 |
| KB Ag Enterprises | 2/11/2009 | 2/9/2009. |
| Lower Farms, Inc. | 2/9/2009 | 2/10/2009 |
| Allen Magnus | 2/10/2009 | 2/10/2009 |
| Metzger Farm, Inc. | Not filed | 2/8/2009 |
| Miller Pork Farm | 2/13/2009 | 2/10/2009 |
| Ronald and Julia Ness | 2/10/2009 | 2/10/2009 |
| Brent Reed | Not filed | 2/17/2009 |
| Roger DeWerff Farms, Inc. | 2/11/2009 | 2/6/2009 |
| Jeff and Janet Schultz | 3/2/2009 | 2/24/2009 |
| Larry Seals | 2/12/2009 | 2/12/2009 |
| Seboldt Brothers | 2/10/2009 | 2/8/2009 |

SCHEDULE B
PACKERS AND STOCKYARDS ACT NOTICE CLAIMANTS
USDA IDENTIFIED INVALID CLAIMS

| CLAIMANT | TRUST NOTICE FILING DATE P&S | TRUST NOTICE FILING DATE PACKER |
|---|---|---|
| Shady Lane Farms | 2/13/2009 | 2/13/2009 |
| Shiloh Hill, LLC | 2/10/2009 | 2/11/2009 |
| Stamberger Farms Ltd | Not filed | 2/17/2009 |
| Anthony Strutner | 2/9/2009 | 2/12/2009 |
| Steven Lee Sturtevant | 2/6/2009 | Not filed |
| Phillip and Betty Sudkamp | 2/10/2009 | 2/10/2009 |
| Larry and Barb Thoele | 2/17/2009 | 2/13/2009 |
| Walk Stock Farm, Inc. | Not filed | 2/9/2009 |
| William Uhlman & Sons | 2/12/2009 | 2/12/2009 |
| Wyss Farms Inc. | 2/17/2009 | 2/17/2009 |
| Joel and Shelly Young | 2/10/2009 | 2/10/2009 |

Debtor's records indicate the following claimants do not have valid PSA trust claims; the USDA has identified the following as having valid trust claims, either in whole or in part:

| CLAIMANT | TRUST NOTICE FILING DATE P&S | TRUST NOTICE FILING DATE PACKER |
|---|---|---|
| Leland and Jane Bahl | 2/9/2009 | 2/11/2009 |
| Keith and Sandy Deters | 2/11/2009 | 2/10/2009 |
| Cliff Hammett | 2/17/2009 & 2/27/2009 | 2/17/2009 and 2/27/2009 |
| Joseph & Jeanne Hoene and Paul & Martha Hoene | 2/11/2009 | 2/12/2009 |
| J & V Probst Pork, Inc. | 2/9/2009 | 2/10/2009 |
| Kellogg Farms | 2/9/2009 | 2/11/2009 |
| Leland and Marianna Moffett | 2/17/2009 | 2/17/2009 |
| Marvin and Carlyle Mueller | 2/7/2009 | 2/7/2009 |
| Donald Niebrugge | 2/9/2009 | 2/13/2009 |
| RCM Farms, Ltd. | 2/9/2009 | 2/10/2009 |
| Wayne Schleuter | 2/12/2009 | 2/13/2009 |